ORDERED.

**Dated:  September 05, 2019**

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:

Suntec Aluminum, LLC

    Debtor.
_____/

Chapter 11
Case No.: 9:19-bk-01888-FMD

**ORDER APPROVING APPLICATION
OF CAPE CORAL ACCOUNTING SERVICE, INC.
FOR COMPENSATION AS ACCOUNTANT FOR DEBTOR**

This case came before the Court upon the *APPLICATION OF CAPE CORAL ACCOUNTING SERVICE, INC. FOR COMPENSATION AS ACCOUNTANT FOR DEBTOR FOR THE PERIOD FROM MARCH 6, 2019 THROUGH JULY 12, 2019* (Doc. No. 69) (the "Application"). By the Application, the Cape Coral Accounting Service, Inc. ("Cape Coral") requests compensation for services rendered as accountant for the Debtor in this case from March 6, 2019 through July 12, 2019 ("Fee Application Period"). Cape Coral seeks final approval of fees for services rendered during the Fee Application Period in the amount of $11,915.00 and reimbursement of expenses incurred in the amount of $325.00 for a total

allowance and administrative expense total of $12,240.00 for fees and expenses during the Fee Application Period. From the record the Court finds that pursuant to the negative notice procedures of L.B.R. 2002–4, parties in interest were provided with notice and an opportunity to object within twenty-one (21) days of the date set forth on the proof of service attached to the Application, plus an additional three days for service. No objections to the Application were filed or raised within the prescribed time period, and the Court therefore considers the Application to be unopposed. The Court, having considered the record and the Application, finds that the amount awarded by this Order represents reasonable compensation for the actual and necessary services provided by Cape Coral during the Fee Application Period and reimbursement for actual and necessary expenses incurred during the Fee Application Period. Accordingly, it is

ORDERED that:

1. The Application is APPROVED subject to the provisions of this Order.

2. Cape Coral is awarded, pursuant to Section 331 of the Bankruptcy Code, the amount of $11,915.00 for compensation and reimbursement of expenses incurred in the amount of $325.00 for a total allowance and administrative expense total of $12,240.00 as accountant for Debtor during the Fee Application Period.

3. The total administrative expense awarded to Cape Coral hereunder for the Fee Application Period is the above amount of $12,240.00, which shall be allowed and paid as an administrative expense under Section 503(b) of the Bankruptcy Code. Therefore, the Debtor is authorized to pay Cape Coral the total amount of $12,240.00.

Attorney Leon A. Williamson, Jr. is directed to serve a copy of this order on interested parties and to file a proof of service within 3 days of entry of the order.