UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:

                                                    Chapter 11

Suntec Aluminum, LLC                     Case No.: 9:19-bk-01888-FMD

        Debtor.
_____/

## PROOF OF SERVICE

The undersigned counsel for the Debtor hereby certifies that a true and correct copy of the following Order was served by CM/ECF on parties required to be served by Rule 9022(a), *Federal Rules of Bankruptcy Procedure* on September 6, 2019.

*ORDER APPROVING APPLICATION
OF CAPE CORAL ACCOUNTING SERVICE, INC.*
FOR COMPENSATION AS ACCOUNTANT FOR DEBTOR
(Doc. No. 90)

Dated September 18, 2019.

                                                  /s/Leon A. Williamson, Jr.
                                                  Leon A. Williamson, Jr.
                                                  Law Office of Leon A. Williamson, Jr., P.A.
                                                  306 South Plant Ave., Suite B
                                                  Tampa, Florida  33606
                                                  Florida Bar No. 363537
                                                  Phone:  813-253-3109
                                                  Fax:     813-253-3215
                                                  E-mail: Leon@LwilliamsonLaw.com
                                                  *Attorney for Debtor*